UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HINKLE,<br><br>Defendant. | **Case No. 1:20-cr-00103-DAD**<br><br>**ORDER TERMINATING DEFENDANT'S TERM OF SUPERVISED RELEASE** |

**ORDER**

Finding that such action is warranted by the conduct of the defendant James Hinkle and the interest of justice, and in light of the non-opposition to the granting of defendant's motion for early termination of his term of supervised release by both his supervising probation officer and counsel for the government, the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Hinkle pursuant to 18 U.S.C. § 3583(e)(1).

IT IS SO ORDERED.

Dated: __December 3, 2021__                    _Dale A. Drozd_
                                                                        UNITED STATES DISTRICT JUDGE

1