UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HINKLE,<br><br>Defendant. | **Case No. 1:20-cr-00103-DAD**<br><br>**ORDER GRANTING EX PARTE MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**Judge: Hon. Dale A. Drozd** |

**ORDER**

GOOD CAUSE APPEARING, Defendant James Hinkle's motion for appointment of counsel is GRANTED.  James Thomson is hereby appointed as counsel for Mr. Hinkle under General Order 582 and the Criminal Justice Act, 18 U.S.C. § 3006A, effective November 15, 2021.

IT IS SO ORDERED.

Dated: __**December 3, 2021**__         _____

UNITED STATES DISTRICT JUDGE

1